PS 42
(8/08 D/CO)

# United States District Court

## District of Colorado

United States of America )
vs )
HEATHER GRIMES )

Case No. 07-cr-00188-WDM-08

07-cr-00188-WDM-08

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, HEATHER GRIMES, have discussed with Dee A. Clark, Probation Officer, modification of my release as follows:

Participate in a program of inpatient or outpatient mental health therapy and counseling if deemed advisable by the pretrial services officer.

I consent to this modification of my release conditions and agree to abide by this modification.

_[signature]_ 9-2-08   _[signature]_ Dee Clark 9/2/08
Signature of Defendant  Date    Probation Officer   Date

I have reviewed the conditions with my client and concur that this modification is appropriate.

_[signature]_   9/2/08
Signature of Defense Counsel   Date

_Colleen Covell_    9/4/08
Signature of Assistant U.S. Attorney   Date

[X] The above modification of conditions of release is ordered, to be effective on 9/9/2008

[ ] The above modification of conditions of release is not ordered.

_[signature]_   9/9/2008
Signature of Judicial Officer   Date