IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Walker D. Miller

Courtroom Deputy: Ginny Kramer
Court Reporter: Suzanne Claar
Probation Officer: Jan Woll

Date: May 14, 2009

**Criminal Action No. 07-cr-00188-WDM-8**

Parties:

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

8.  HEATHER GRIMES,

    Defendant.

Counsel:

Colleen Covell

Marc Milavitz

**COURTROOM MINUTES - SENTENCING HEARING**

**9:17  a.m.     Court in session.**

The Defendant is present in court, on bond.

Appearances of counsel.

Defendant entered her plea on **November 20, 2007,**  to count one of the Information

Statement to the Court by Mr.  Milavitz for the Defendant.

Statement to the Court by Ms. LaNita McCowan, for the Defendant.

Statements to the Court by Ms. Wendy Stamper, for the Defendant.

Statement to the Court by the Defendant.

Statement to the Court by Ms. Covell , for the Government.

**ORDERED:** That the Government's Motion for Downward Departure Pursuant to 5K1.1 - *United States § 5K1.1 Motion for Downward Departure from Sentencing Guideline Range* [#959] filed May 4, 2009, is **granted**.

**ORDERED:** That the Government's Motion to Dismiss *All Counts of the First Superseding Indictment* [#983] filed May 13, 2009, is **granted.**

**ORDERED:** That the statement of facts in the Plea Agreement and the Presentence Report are not disputed by the parties and are adopted in the Court's factual findings in this case. The report is incorporated by reference as part of the Court's findings and conclusions.

Statement by the Court regarding defendant's offense level, criminal history level and sentencing guidelines range.

**ORDERED:** That the Defendant's plea of guilty to count one (1) of the Information is accepted.

**RECOMMENDATION OF THE PROBATION OFFICER IS AS FOLLOWS:**

|  | Guideline Provision | Recommended Sentence |
|---|---|---|
| **Custody** | 46 to 57 months | 46 months |
| **Supervised Release** | 2 to 3 years | 3 years |
| **Probation** | not eligible | Probation is not recommended |
| **Fine** | Not more than $10,000 to 1,000,000 | A fine is not recommended |
| **Special Assessment** | $100.00 | $100.00 |

**ORDERED: Pursuant to the Sentencing Reform Act it is the judgment of the Court that the defendant be committed to the custody of the Bureau of Prisons for a term of TIMED SERVED**.

.
**ORDERED:** Upon release from imprisonment, defendant shall be placed on **supervised release** for a period of **three (3) years.**

**ORDERED: Conditions of Supervised Release that:**

(X) Within 72 hours of release from the custody of the Bureau of Prisons, defendant shall report in person to the probation office in the district to which the defendant is released.
(X) Defendant shall not commit another federal, state or local crime.
(X) Defendant shall not illegally possess controlled substances.
(X) Defendant shall not possess a firearm or destructive device.
(X) Defendant shall comply with standard conditions recommended by U.S. Sentencing Commission..
(X) That the defendant shall submit to one drug test within fifteen (15) days from her release from prison, as directed by the probation department, and thereafter, to at least two periodic tests for the use of controlled substances as directed and determined by the court;

.

(X) Defendant shall cooperate in the collection of her DNA as directed by the probation officer.

**ORDERED: Special Condition of Supervised Release that:**

(X) That at defendant's expense, the defendant shall, unless then indigent, undergo a mental health evaluation/alcohol substance abuse evaluation, and thereafter, at defendant's expense receive any treatment, therapy, counseling, testing or education prescribed by the evaluation or as directed by defendant's probation officer or as ordered by the court; that defendant shall abstain from the use of alcohol or other intoxicants during the course of any such treatment, therapy counseling, testing, or education; provided, furthermore, that to ensure continuity of treatment, the probation department is authorized to release mental health records and reports of the defendant and the presentence report to any person or entity responsible for or involved in the treatment of the defendant

(X) That at defendant's expense, the defendant shall be placed on home detention for a period of **six (6) months**, to commence within 30 days of **sentencing**; provided, furthermore, that during this time, the defendant shall remain at defendant's place of residence except for employment and other activities approved in advance by the probation department; the defendant shall maintain a telephone at defendant's place of residence without any special services, modems, answering machines, or cordless telephone for the above period; and the defendant shall wear an electronic device and shall observe the rules specified by the probation department;

**ORDERED:** Defendant shall pay **$100.00** to **Crime Victim Fund** (Special Assessment), to be paid immediately

**ORDERED:** **No fine** is imposed because defendant has no ability to pay a fine.

**ORDERED:** Defendant advised of right to appeal. Any notice of appeal must be filed within 10 days of entry of judgment.

**10:03 a.m.    Court in recess.**

Total in-court time:  00:46  minutes
Hearing concluded.